Matherne, Ricky Joseph                                                                10-14459

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS          107
                            60-249 / 433

| Case | Debtor |
|---|---|
| 10-14459 EWM | MATHERNE, RICKY JOSEPH |
| 92006036820566 | |
| Combined small check | |

TID #380380
WILBUR J. (BILL) BABIN, JR.

Date   10/25/2011          $ ***********3.99

~~~Three Dollars and 99/100

Pay to the Order of  U.S. BANKRUPTCY COURT
500 POYDRAS STREET
SUITE B-601
NEW ORLEANS LA 70130

WILBUR J. (BILL) BABIN, JR., Trustee

⑈000107⑈  ⑈:043024931:9 20060368 20566⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229333    - KW
* * C O P Y * *
November 10, 2011
13:35:56

UNC.UNDER$25
10-14459

Debtor.: RICKY JOSEPH MATHERNE
Trustee: Wilbur Babin, Jr.
Amount.:              $3.99 CH
Check#.: 107

Total->   $3.99

FROM: BABIN

November 10, 2011
Deposit to 106000
Due: Regions Bank

CVogel

**WILBUR J. "BILL" BABIN, JR.**
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

November 9, 2011

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA  70130-3386

In re:  MATHERNE, RICKY JOSEPH
USBC-EDLA 10-14459-A

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $3.99 representing dividends in an amount less than $5.00 due to the following creditors:

| | |
|---|---|
| REGIONS BANK<br>CONSUMER COLLECTIONS BH40402B<br>P.O. BOX 10063<br>BIRMINGHAM, AL 35202-0063<br>Claim #5 | $3.99 |
| **Total:** | $3.99 |

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

Very truly yours,

WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld
Enclosure